No. 486. THE OHIO TRANSPORTATION COMPANY ET AL., PETITIONERS, *v.* DAVIDSON STEAMSHIP COMPANY. December 3, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.

*Mr. Harvey D. Goulder, Mr. S. H. Holding, Mr. Frank S. Masten* and *Mr. Wm. E. Church* for petitioner. *Mr. Charles E. Kremer* and *Mr. F. H. Canfield* for respondent.